# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS SCHAEFER,<br><br>    Petitioner,<br><br>    v.<br><br>J. TILTON et al.,<br><br>    Respondents. | Case No. CV 05-6669-RSWL (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Amended Petition for Writ of Habeas Corpus is denied and judgment shall be entered dismissing this action with prejudice.

DATED: December 11, 2008

*RONALD S.W. LEW*
HONORABLE RONALD S. W. LEW
SENIOR U.S. DISTRICT COURT JUDGE