# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS SCHAEFER,<br><br>    Petitioner,<br><br>    v.<br><br>J. TILTON, et al.,<br><br>    Respondent. | Case No. CV 05-6699-RSWL (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 11, 2008

*Ronald S.W. Lew*
HONORABLE RONALD S. W. LEW
SENIOR U.S. DISTRICT COURT JUDGE